UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    AKTHER NAHAR,

                                Plaintiff

                      -against-

    ADR VENTURES WPR LLC d/b/a DUNKIN DONUTS,

                             Defendant.
-----------------------------------------------------------X

23-CV-3835 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       On August 2, 2023, I directed the parties to submit a joint letter and proposed case management plan by August 10, 2023.  (Doc. 10.)  Parties shall submit these materials by August 31, 2023.

SO ORDERED.

Dated:   August 24, 2023
              New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge