UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
    AKTHER NAHAR,

                              Plaintiff

                    -against-                       23-CV-3835 (VSB)

    ADR VENTURES WPR LLC d/b/a DUNKIN         **ORDER**
    DONUTS,

                            Defendant.
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       In light of the pending motion to dismiss, the post-discovery conference scheduled for June 17, 2024 is hereby adjourned *sine die*.

SO ORDERED.

Dated:    June 14, 2024
            New York, New York

                                                Vernon S. Broderick
                                                United States District Judge