UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                         :
AKTHER NAHAR,                                        :

                                      Plaintiff      :
                                                      :         23-CV-3835 (VSB)
                -against-                 :
                                                      :              **ORDER**
ADR VENTURES WPR LLC d/b/a DUNKIN  :
DONUTS,                                                        :
                                                        :
                                    Defendant.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       By September 27, 2024 the parties are directed to file a joint letter noting the status of the discovery disputes previously raised by the parties on June 6, 2024.  (Doc. 32.)  Prior to filing the letter, the parties shall meet and confer and attempt, in good faith, to resolve any outstanding disputes themselves.  To the extent the parties disagree on one or more issues, the parties should set forth their respective positions as to each disputed issue in separately designated sections of the joint letter.

SO ORDERED.

Dated:    September 19, 2024
             New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge