MEMORANDUM ENDORSED



October 8, 2024

**VIA ECF**
Magistrate Judge Gorenstein
Southern District of New York
US Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**    **Akther Nahar v. ADR Ventures WPR LLC d/b/a Dunkin Donuts**
             **Index No.: 1:23-cv-03835 (VSB) (GWG)**

Dear Hon. Judge Gorenstein:

    This firm represent Defendants ADR Ventures WPR LLC d/b/a Dunkin Donuts ("ADR"). The undersigned writes jointly with Plaintiff's counsel to request an adjournment of the October 16, 2024 telephone conference at 11am due to another court appearance scheduled for the same morning.

    The parties are both available for this conference on Friday, October 25, 2024 at 11am and would appreciate if the conference can be rescheduled for this date and time. Thank you in advance for the Court's consideration.

                                                            Very Truly Yours

                                                            Pervez & Rehman, P.C.
                                                            <u>s/s Nadia M. Pervez</u>

Conference adjourned to October 25, 2024,    By: Nadia M. Pervez
at 11:00 a.m. The same dial-in instructions    Attorneys for Defendants
apply.    ADR Ventures WPR LLC

So Ordered.

_[signature]_
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 9, 2024

6268 Jericho Turnpike, Suite 8, Commack, New York 11725
O. 631-427-0700 F. 631-824.9020
info@pervezrehman.com    www.pervezrehman.com