UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AKTHER NAHAR                                    :

        Plaintiff,                           :  <u>ORDER</u>

  -v.-                                                    :
                                                                                23 Civ. 3835 (GWG)
DUNKIN DONUTS et al.,                  :

        Defendants.                       :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery having closed in this matter and no party having filed a motion for summary judgment by the Court-ordered deadline (<u>see</u> docket entry of October 29, 2024), the joint pretrial materials required by paragraphs 8.F through 8.I of Judge Vargas's Individual Rules and Practices in Civil Cases shall be filed on or before February 26, 2025.

      SO ORDERED.

Dated: February 5, 2025
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge